■ Angelo P. Napolitano et al., Appellants, v Jay F. Kline et al., Respondents. [598 NYS2d 1013] —Appeal from an order of the Supreme Court (Brown, J.), entered May 4, 1992 in Saratoga County, which, *inter alia,* granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Loren N. Brown.

Weiss, P. J., Levine, Mercure and Mahoney, JJ., concur. Ordered that the order is affirmed, with costs.